**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMOMWEALTH OF PENNSYLVANIA,          :   No. 125 EAL 2022
REPONDENT                              :
                                       :
                                       :
                                       :   Petition for Allowance of Appeal
                    v.                 :   from the Order of the Superior Court
                                       :
                                       :
JOSE SILVA,                            :
                                       :
              Petitioner               :

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of October, 2022, the Petition for Allowance of Appeal is **DENIED**.